**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JASMINE RAMIREZ,

         Petitioner

        v.

LANCASTER EARLY EDUCATION
CENTER AND MADELINE ECKERT,

        Respondents

:  No. 359 MAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2023, the Petition for Allowance of Appeal

is **DENIED**.